# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00216-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MACIO THOMAS,

    Defendant.

## MINUTE ORDER[1]

On June 22, 2011, the court conducted a telephonic setting conference to set a hearing on any timely filed pretrial motions. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That on **August 26, 2011**, commencing at 2:30 p.m., the court shall conduct a hearing on defendant's **Motion To Suppress** [#28] filed June 2, 2011;

2. That the court reserves the remainder of the afternoon for this hearing;

3. That the Trial Preparation Conference set for June 29, 2011, and the jury trial set for July 5, 2011, are **VACATED** and are **CONTINUED** pending further order of court; and

4. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: June 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.